U.S. Equal Employment Opportunity Commission
Newark Area Office
Two Gateway Center, Suite 1703
Newark, N.J. 07102
Rosemary DiSavino, Senior Trial Attorney
(973) 645-6430
Fax:  973-645-4524
rosemary.disavino@eeoc.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| | : | Civil Action No. |
| Plaintiff, | : : | |
| v. | : : | COMPLAINT AND JURY TRIAL DEMAND |
| DIVERSE LYNX, LLC | : : | |
| Defendant. | : | |

-----------------------------------------------------------------x

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act (ADEA) to correct an unlawful employment action on the basis of age and to provide appropriate relief to Kadambi Vijaisimh.  As alleged with greater particularity below, Defendant Diverse Lynx, LLC ("Defendant"), an employment agency, failed or refused to refer Mr. Vijaisimh for employment on the basis of age.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"),

which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Jersey.

## PARTIES

3. Plaintiff, the United States Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant has been a New Jersey corporation doing business in the State of New Jersey, with its headquarters and primary location in Princeton, and has been an employment agency within the meaning of Section 11(c) of the ADEA, 29 U.S.C. § 630(c).

## CONCILIATION

5. Prior to institution of this lawsuit, the Commission attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

6. Since at least in or around May 2014, Defendant has engaged in unlawful employment practices, in violation of Section 4 of the ADEA, 29 U.S.C. § 623(b):

    a.    In or around May of 2014, Mr. Vijaisimh posted his resume on the website maintained by Defendant seeking job applicants.

    b.    At or around that time Defendant sought to identify and refer a person for an information technology project management job ("Job Opportunity") at another company.

    c.    Soon after Mr. Vijaisimh posted his resume on Defendant's website, Defendant contacted him about the Job Opportunity.

    d.    Mr. Vijaisimh had substantial information technology project management experience and was qualified for the Job Opportunity.

    e.    Defendant and Mr. Vijaisimh discussed the details of the Job Opportunity, including salary and other terms of employment.

    f.    The day after the last of those discussions, some of which occurred by email, Defendant sent an email to Mr. Vijaisimh which stated:

> Thanks for your reply.  I check the details of [sic] you.  And you [sic] born in 1945.  So I discussed with the client side.  Age will matter.  So that's why I can't [sic] be able to submit your profile to client side.

    g.    After sending Mr. Vijaisimh the above-referenced email, Defendant failed and/or refused to refer Mr. Vijaisimh for the Job Opportunity because of his age (40 or older).

7. The effect of the practices complained of above has been to deprive Mr. Vijaisimh of equal employment opportunities and otherwise adversely affect his status as an employee or an applicant for employment.

8. The unlawful practices complained of above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

**PRAYER FOR RELIEF**

Therefore, the Commission respectfully requests that this Court:

    A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in practices which discriminate on the basis of age.

    B.    Order Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, to institute and carry out policies, practices, and programs which provide equal opportunities for employees and job applicants 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

    C.    Order Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, to pay appropriate monetary relief, including back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Mr. Vijaisimh.

    D.    Grant such further relief as the Court deems necessary and proper in the public interest.

    E.    Award the Commission its costs in this action.

## **JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated: May 8, 2017
Newark, New Jersey

    Respectfully submitted,

    JAMES L. LEE
    Deputy General Counsel

    GWENDOLYN Y. REAMS
    Associate General Counsel

    U.S. Equal Employment Opportunity Commission
    131 M Street, N.E.
    Washington, D.C.  20507

    JUSTIN MULAIRE
    Acting Regional Attorney

    */s/ Sebastian Riccardi*
    SEBASTIAN RICCARDI
    Trial Attorney
    U.S. Equal Employment Opportunity Commission
    New York District Office
    33 Whitehall St., 5th Floor
    New York, NY 10004-2112
    Telephone No.: 212-336-3698
    Email:  sebastian.riccardi@eeoc.gov

    ROSEMARY DISAVINO
    Senior Trial Attorney
    U.S. Equal Employment Opportunity Commission
    Two Gateway Center, Suite 1703
    Newark, NJ 07102-5233
    Telephone No.: 973-645-6430
    Facsimile No.:  973-645-4524
    Email:  rosemary.disavino@eeoc.gov

JS 44   (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
U.S. Equal Employment Opportunity Commission

## DEFENDANTS
Diverse, Lynx, LLC

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Mercer
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
See attached

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. Section 626(b)

Brief description of cause:
Failure to Hire Because of Age

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE: 05/08/2017
SIGNATURE OF ATTORNEY OF RECORD: s/ Sebastian Riccardi

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

Rosemary DiSavino
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Newark Area Office
Two Gateway Center, Suite 1703
Newark, N.J. 07102
Telephone No.: 973-645-6430
Fax: 973-645-4524
Email: rosemary.disavino@eeoc.gov

Sebastian Riccardi
Trial Attorney
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall St., 5th Floor
New York, NY 10004-2112
Telephone No.: 212-336-3698
Email:  sebastian.riccardi@eeoc.gov

Justin Mulaire
Acting Regional Attorney
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall St., 5th Floor
New York, NY 10004-2112
Telephone No.: 212-336-3744
Email:  Justin.mulaire@eeoc.gov