**ARCHER & GREINER, P.C.**
**Patrick Papalia, Esq.**
Court Plaza South – West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendant, Diverse Lynx, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>DIVERSE LYNX, LLC,<br><br>                        Defendant. | CIVIL ACTION NO.:<br>3:17-cv-03220-MAS-TJB<br><br>Hon. Michael A. Shipp<br>Hon. Tonianne J. Bongiovanni<br><br><u>DOCUMENT FILED<br>ELECTRONICALLY</u><br><br>**DEFENDANT, DIVERSE LYNX, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Diverse Lynx, LLC ("Diverse Lynx" or "Defendant"), by and through their attorneys, Archer & Greiner, P.C., state in answer to the Complaint ("Complaint") of Plaintiff, U.S. Equal Employment Opportunity Commission ("Commission" or "Plaintiff"), as follows:

<u>NATURE OF THE ACTION</u>

Except to deny any allegations of wrongdoing, Defendant states that the allegations in the unnumbered paragraph under "NATURE OF THE ACTION"

1

constitute conclusions of law to which no response is required, and therefore, leave Plaintiff to its proofs with respect thereto.

## JURISDICTION AND VENUE

1. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 1 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

2. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 2 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

## PARTIES

3. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 3 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.

## **CONCILIATION**

5.  Defendant denies the allegations contained in Paragraph 5 of the Complaint.

## **STATEMENT OF CLAIMS**

6.  Defendant denies the allegations contained in Paragraph 6 of the Complaint.

   a.  Defendant lacks information or knowledge sufficient to form a belief about the truth of the allegations contained in Paragraph 6a of the Complaint and therefore, leaves Plaintiff to its proofs.

   b.  Defendant denies the allegations contained in Paragraph 6b of the Complaint.

   c.  Defendant denies the allegations contained in Paragraph 6c of the Complaint.

   d.  Defendant denies the allegations contained in Paragraph 6d of the Complaint.

   e.  Defendant denies the allegations contained in Paragraph 6e of the Complaint.

   f.  The allegations contained in Paragraph 6f of the Complaint refer to a document which speaks for itself.

 g. Defendant denies the allegations contained in Paragraph 6g of the Complaint.

 7. Defendant denies the allegations contained in Paragraph 7 of the Complaint.

 8. Defendant denies the allegations contained in Paragraph 8 of the Complaint.

## ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that plaintiff is entitled to any judgment, damages or relief whatsoever against the Defendant based upon plaintiff's alleged causes of action, including the specific relief requested in the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, for the failure to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant acted in good faith and did not violate any rights that may be secured to the plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting any claims against Defendant.

## FIFTH AFFIRMATIVE DEFENSE

Defendant's actions were neither willful nor malicious, nor in disregard of Plaintiff's rights.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the waiver doctrine.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has not suffered any damages attributable to the actions of Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant did not breach any duties which may have been owed to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff was not damaged in the manner or to the extent alleged in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any and as alleged in the Complaint, were proximately caused by Plaintiff's own actions, and plaintiff's actions bar any recovery by Plaintiff against the Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to make reasonable efforts to mitigate her alleged damages.

## TWELFTH AFFIRMATIVE DEFENSE

Defendant is not liable under the reasonable factor other than age defense because Defendant acted in good faith for a reasonable and legitimate business consideration other than age.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant is not liable for punitive damages claimed because it did not commit any act with malice or reckless indifference to Plaintiff's protected rights, or approved, authorized or ratified, or had actual knowledge, of any such acts.

## FOURTEENTH AFFIRMATIVE DEFENSE

Any claim for punitive damages is barred by applicable law and/or precluded by the United States Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant has in place a clear and well-disseminated policy against discrimination and a reasonable and available procedure for handling complaints thereof, which provides for prompt and effective responsive action. To the extent Plaintiff unreasonably failed to take advantage of the preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise, Plaintiff's claims of alleged discrimination are barred.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to some or all of the specific relief requested in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant took corrective/preventative measures before and after the alleged discrimination.

## EIGHTEEN AFFIRMATIVE DEFENSE

Defendant is not subject to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) ("ADEA"), for reasons including but not limited to, the fact that it is not an employment agency under the ADEA.

## NINETEENTH AFFIRMATIVE DEFENSE

Insofar as plaintiff purports to allege a claim or claims for mental and emotional distress, including claims for recovery of any medical expenses thereby incurred, said claims are barred by the exclusive remedy provisions of the New Jersey Workers' Compensation Act, N.J.S.A. 34:15-1 et seq.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff cannot establish a prima facie case under the ADEA.

Defendant reserves the right to assert additional defenses as may appear applicable during the course of this litigation, and specifically reserve the right to amend this Answer for the purpose of asserting any such defenses.

WHEREFORE, Defendant demands judgment dismissing the Complaint in its entirety and awarding Defendant attorneys' fees and costs incurred in defending this action, as well as any other relief the Court deems is warranted.

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

This matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

**ARCHER & GREINER, P.C.**
Attorneys for Defendant, Diverse Lynx, LLC

By: */s/ Patrick Papalia*

Dated: July 10, 2017

212802213v2