**ARCHER & GREINER, P.C.**
**Patrick Papalia, Esq.**
Court Plaza South – West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendant, Diverse Lynx, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSE LYNX, LLC,<br><br>Defendant. | CIVIL ACTION NO.:<br>3:17-cv-03220-MAS-TJB<br><br>Hon. Michael A. Shipp<br>Hon. Tonianne J. Bongiovanni<br><br><u>DOCUMENT FILED ELECTRONICALLY</u><br><br>**DEFENDANT, DIVERSE LYNX, LLC'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Diverse Lynx, LLC ("Diverse Lynx" or "Defendant"), by and through their attorneys, Archer & Greiner, P.C., state in answer to the Complaint ("Complaint") of Plaintiff, U.S. Equal Employment Opportunity Commission ("Commission" or "Plaintiff"), as follows:

## NATURE OF THE ACTION

Except to deny any allegations of wrongdoing, Defendant states that the allegations in the unnumbered paragraph under "NATURE OF THE ACTION"

constitute conclusions of law to which no response is required, and therefore, leave Plaintiff to its proofs with respect thereto.

## JURISDICTION AND VENUE

1. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 1 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

2. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 2 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

## PARTIES

3. Except to deny any allegations of wrongdoing, Defendant neither admits nor denies the allegations contained in Paragraph 3 of the Complaint as they constitute conclusions of law to which no response is required, and therefore, leaves Plaintiff to its proofs with respect thereto.

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.

## CONCILIATION

5. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

## STATEMENT OF CLAIMS

6. Defendant denies the allegations contained in Paragraph 6 of the Complaint.

    a. Defendant lacks information or knowledge sufficient to form a belief about the truth of the allegations contained in Paragraph 6a of the Complaint and therefore, leaves Plaintiff to its proofs.

    b. Defendant denies the allegations contained in Paragraph 6b of the Complaint.

    c. Defendant denies the allegations contained in Paragraph 6c of the Complaint.

    d. Defendant denies the allegations contained in Paragraph 6d of the Complaint.

    e. Defendant denies the allegations contained in Paragraph 6e of the Complaint.

    f. The allegations contained in Paragraph 6f of the Complaint refer to a document which speaks for itself.

      g.    Defendant denies the allegations contained in Paragraph 6g of the Complaint.

7.    Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.    Defendant denies the allegations contained in Paragraph 8 of the Complaint.

## ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that plaintiff is entitled to any judgment, damages or relief whatsoever against the Defendant based upon plaintiff's alleged causes of action, including the specific relief requested in the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, for the failure to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant acted in good faith and did not violate any rights that may be secured to the Kadambi Vijaisimh.

## FOURTH AFFIRMATIVE DEFENSE

Defendant's actions were neither willful nor malicious, nor in disregard of Kadambi Vijaisimh's rights.

## FIFTH AFFIRMATIVE DEFENSE

Kadambi Vijaisimh has not suffered any damages attributable to the actions of Defendant.

## SIXTH AFFIRMATIVE DEFENSE

Defendant did not breach any duties which may have been owed to Plaintiff and/or Kadambi Vijaisimh.

## SEVENTH AFFIRMATIVE DEFENSE

Kadambi Vijaisimh was not damaged in the manner or to the extent alleged in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

Damages, if any and as alleged in the Complaint, were proximately caused by Kadambi Vijaisimh's own actions, and plaintiff's actions bar any recovery by against the Defendant.

## NINTH AFFIRMATIVE DEFENSE

The claims in Plaintiff's Complaint for damages are barred to the extent Kadambi Vijaisimh did not mitigate his damages in a timely manner or with diligence and his damages, if any, should be reduced accordingly.

## **TENTH AFFIRMATIVE DEFENSE**

Defendant is not liable under the reasonable factor other than age defense because Defendant acted in good faith for a reasonable and legitimate business consideration other than age.

## **ELEVENTH AFFIRMATIVE DEFENSE**

Defendant is not liable for punitive damages claimed because it did not commit any act with malice or reckless indifference to Kadambi Vijaisimh's protected rights, or approved, authorized or ratified, or had actual knowledge, of any such acts.

## **TWELFTH AFFIRMATIVE DEFENSE**

Any claim for punitive damages is barred by applicable law and/or precluded by the United States Constitution.

## **THIRTEENTH AFFIRMATIVE DEFENSE**

Defendant has in place a clear and well-disseminated policy against discrimination and a reasonable and available procedure for handling complaints thereof, which provides for prompt and effective responsive action. To the extent Kadambi Vijaisimh unreasonably failed to take advantage of the preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise, Plaintiff's claims of alleged discrimination are barred.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff and/or Kadambi Vijaisimh is not entitled to any damages, including but not limited an award of back pay, front pay, or any award of benefits from Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant took corrective/preventative measures before and after the alleged discrimination.

Defendant reserves the right to assert additional defenses as may appear applicable during the course of this litigation, and specifically reserve the right to amend this Answer for the purpose of asserting any such defenses.

WHEREFORE, Defendant demands judgment dismissing the Complaint in its entirety and awarding Defendant attorneys' fees and costs incurred in defending this action, as well as any other relief the Court deems is warranted.

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

This matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

**ARCHER & GREINER, P.C.**
Attorneys for Defendant, Diverse Lynx, LLC

By: */s/ Patrick Papalia*

Dated:  November 22, 2017
213553992v1